```
STEVEN S. KANE, SBN 061670
BONNIE E. KANE, SBN 167700
THE KANE LAW FIRM
402 W. Broadway, Suite 400
San Diego, California 92101-3446
Telephone: (619) 446-5680
Facsimile:  (619) 440-6114
```

Attorneys for Plaintiff, DARRYN PRINCE

FILED

06 SEP 21 AM 8:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYN PRINCE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. MONOLITHICS, LLC, a limited liability company, VIASAT, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendant. | CASE NO. 05 CV 1222 JM (NLS)<br><br>**STIPULATION OF DISMISSAL**<br>[Order Thereon] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

September 15, 2006          THE KANE LAW FIRM

                                              /s/ Steven S. Kane

                                      Steven S. Kane, attorneys for Plaintiff,
                                      DARRYN PRINCE

September 15, 2006

_____
DARRYN PRINCE, Plaintiff

September 18, 2006

PROCOPIO, CORY, HARGREAVES & SAVITCH

_____
Frank L. Tobin, attorneys for Defendants, U.S. MONOLITHICS, LLC, AND VIASAT, INC.

IT IS SO ORDERED
DATED 9/20/06

_____
UNITED STATES DISTRICT JUDGE